AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: Nhan Ho | Telephone: (313) 226-9100 |
| Special Agent: Edward Mota | Telephone: (313) 234-3500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.

John Allen GRAYESKI

Case No. 2:25-mj-30186
Judge: Unassigned,
Filed: 03-27-2025 At 02:50 PM
CMP USA V. JOHN ALLEN GRAYESKI (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 26, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Edward Mota - ATF
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 27, 2025

_____
Judge's signature

City and state: Detroit, Michigan

Honorable Elizabeth Stafford, U.S. District Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Edward Mota, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

### I.     INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with ATF in May of 2023. I am currently assigned to the Detroit Field Division, Group II, Crime Gun Enforcement Team. As an ATF Special Agent, I have received specialized training at the Federal Law Enforcement Training Center, including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs, I received a total of twenty-seven weeks of instruction (400+ hours) on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection, and firearms trafficking.

2. Prior to this, I was employed as a police officer by the City of Detroit from August 2020 to May 2023. During my employment with the Detroit Police Department, I conducted and participated in numerous criminal investigations focused on individuals who illegally possessed firearms and narcotics.

3. I made this affidavit in support of criminal complaint and an arrest warrant for John Allen GRAYESKI for violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

4. The facts this affidavit come from my personal observations, training, experience, and information obtained from other law enforcement professionals. This affidavit is intended to show that there is sufficient probable cause for the complaint and requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II.    PROBABLE CAUSE

5. On March 26, 2025, Detroit police officers on routine patrol conducted a traffic stop of a Ford pickup truck for missing/defective equipment. GRAYESKI was the driver of the vehicle and its only occupant.

6. In plain view, officers saw a suspected drug paraphernalia in the cup holder. When questioned about the item, GRAYESKI was visibly nervous and provided an incoherent explanation for the item's purpose.

7. Officers asked GRAYESKI to provide the truck's insurance and registration. After looking around and in the glove compartments without success, GRAYESKI slightly opened the center console lid, peeked inside the compartment, and then, without looking, used his hand to feel around, as if to avoid exposing what was inside. Apparently having felt something, GRAYESKI

2

took another quick glance inside and pulled out some paperwork from the center console. GRAYESKI's behaviors gave officers the impression that he was trying to hide something inside the center console.

8. Officers asked GRAYESKI to step outside of the truck for further investigation into possession of drug paraphernalia. A pat down of GRAYESKI's person uncovered two cylindrical shaped objects, which officers confirmed to be narcotic smoking pipes with copper filament inserted inside, white powder residue and char marks on the ends.

9. Officers searched the center console area for drugs or drug paraphernalia and discovered a silver and black Smith and Wesson, model SD9 VE, 9mm caliber pistol with a loaded magazine.

10. I consulted with ATF Nexus Agent SA Jimmie Pharr, who made a preliminary opinion, based on the Smith and Wesson pistol's physical description, that it was not manufactured in the State of Michigan and therefore previously traveled in interstate or foreign commerce.

11. I had previously reviewed GRAYESKI's criminal history. This check revealed that in 2009, GRAYESKI was convicted of Carjacking, Armed Robbery, Weapons-Firearms-Short Barreled Shotgun/Rifle, and Weapons Felony Firearm in Michigan Third Circuit Court. He was sentenced to 85 to 139 months in prison for the Carjacking and Armed Robbery convictions, two to four years in prison for

Weapons-Firearms-Short Barreled Shotgun/Rifle conviction, and two years in prison for the Weapons Felony Firearm conviction.

12. Because GRAYESKI has been convicted of multiple felony offenses, all of which he was sentenced to more than a year in prison, there is probable cause to believe that GRAYESKI is aware of his status as a convicted felon.

13. GRAYESKI also has a pending federal case charging him with felon in possession of a firearm in this district since July 2024. (Case No. 24-cr-20422).

### III.   CONCLUSION

14. Probable cause exists that on March 26, 2025, in the Eastern District of Michigan, John Allen GRAYESKI, a convicted felon, knowingly possessed a firearm – specifically, a silver and black Smith and Wesson SD9 VE, 9mm caliber pistol, loaded with ammunition – which has previously travelled in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

_____
Edward Mota, Special Agent,
Bureau of Alcohol, Tobacco,
    Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

4